Prepared by State Reporter from Appeal Papers

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.   Absent: LEHMAN, J.

---

THE CITY OF NEW YORK, Appellant, *v.* MAX COHEN, Respondent.

*Parent and child — legitimacy — child born out of wedlock — marriage of parents — subsequent annulment of marriage — child illegitimate and paternal grandfather may not be compelled to contribute to its support.*

*City of New York* v. *Cohen,* 219 App. Div. 729, affirmed.

(Argued May 31, 1927; decided June 14, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1927, which reversed a judgment of the Court of Special Sessions of the city of New York affirming a judgment of a Magistrate's Court directing the defendant to provide for the support and maintenance of an alleged grandchild. The child was born out of wedlock. The parents thereafter married but the marriage was subsequently annulled. The Appellate Division directed the discharge of the defendant on the authority of *Matter of Moncrief* (235 N. Y. 390).

*George P. Nicholson, Corporation Counsel (Willard S. Allen* and *J. Joseph Lilly* of counsel), for appellant.

*Harry Sacher* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and KELLOGG, JJ.   Not sitting: O'BRIEN, J.   Absent: LEHMAN, J.

---

WILLIAM P. RILEY, Appellant, *v.* PIERCE OIL CORPORATION, Respondent.

(Submitted June 6, 1927; decided June 14, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 245 N. Y. 152.)